IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLIOTT LAMONT ROGERS,** | CIV S-05-1395 DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **MARK SHEPHERD,** | |
| Respondent. | |

On June 7, 2007, Respondent requested an extension of time to file a response to Petitioner's amended habeas petition. Good cause appearing, IT IS HEREBY ORDERED that Respondent's response to Petitioner's amended habeas petition be filed on or before July 7, 2007.

DATED: June 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/roge1395.111