IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT LAMONT ROGERS,

    Petitioner,               No. CIV S-05-1395 DAD P

    vs.

MARK SHEPHERD,

    Respondent.             <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 27, 2007 request for an extension of time (doc. 22) is granted; and

    2. Petitioner shall file a traverse on or before August 23, 2007.

DATED: August 1, 2007.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD/bb
roge1295.111t