IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT LAMONT ROGERS,

    Petitioner,                    No. CIV S-05-1395 DAD P

    vs.

MARK SHEPHERD,

    Respondent.                    ORDER

/

        Respondent has requested an extension of time to file a response to petitioner's motion for reconsideration of this court's order denying his request to expand the record. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent shall file a response to petitioner's motion for reconsideration on or before April 2, 2009.

DATED: March 12, 2009.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:9
roge1395.111opp