IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT LAMONT ROGERS,

    Petitioner,             No. CIV S-05-1395 DAD P

   vs.

MARK SHEPHERD,

    Respondent.           <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 6, 2007, respondent filed an answer to the petition in which he stated that the Reporter's Transcript on Appeal (2 volumes) and the Clerk's Transcript on Appeal (2 volumes) were being lodged with the court contemporaneous with the filing of the answer. <u>See</u> Answer at 3, ¶ IX. However, those records were never lodged with the court. Because the state court record is necessary to a determination of this action, the court will order that respondent lodge the Reporter's Transcript and the Clerk's Transcript within fourteen days of the date of this order.

/////
/////
/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that respondent lodge the
2 Reporter's Transcript on Appeal and the Clerk's Transcript on Appeal within fourteen days from
3 the filed date of this order.
4 DATED: April 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
rogers1395.lodge