IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELLIOTT LAMONT ROGERS, | | |
| | Petitioner, | No. CIV S-05-1395 DAD P |
| | vs. | |
| MARK SHEPARD, | | |
| | Respondent. | ORDER |

      Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this case on June 23, 2009, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On August 7, 2009, petitioner filed a request for the appointment of counsel. This request will be denied without prejudice to its renewal before the Ninth Circuit Court of Appeals.

      Accordingly, good cause appearing, IT IS HEREBY ORDERED that petitioner's August 7, 2009, request for the appointment of counsel is denied without prejudice to its renewal in the Ninth Circuit Court of Appeals.

DATED: August 28, 2009.

DAD:8:rogers1395.atty

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE